UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-00199-7 |
| | ) | JUDGE SHARP |
| DUSTIN NELSON | ) | |

## **O R D E R**

Pending before the Court is Government's SEALED MOTION (Docket No. 112).

The motion is GRANTED and the sentencing hearing set for March 27, 2017 is hereby reset for Friday, August 11, 2017, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE